MIE 3
Revised 07/12

Order of the Court to Dismiss Violation Petition

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

PATTERSON, Rashan            Crim. No.: 21-CR-20313-01

On 01/24/2022 the Court authorized a petition and summons for supervised release violation charges.

The probation department is recommending that the violation petition be dismissed and supervision be continued to the original expiration date.

Reviewed and Approved:            Respectfully submitted,

s/Steven M. Ely            s/Jennifer E. Paskiewicz
Supervising United States Probation Officer            United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 18th Day of August, 2022.

/s/Terrence G. Berg
Honorable Terrence G. Berg
United States District Judge

cc: U.S. Marshal